UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:17-mj-1213-RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL INFORMATION |
| | ) | |
| JENNIFER LEE WILLIAMS | ) | |
| | ) | |

The United States Attorney charges that:

On or about 18 August 2017, in the Eastern District of North Carolina, at Marine Corps Air Station Cherry Point, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, JENNIFER LEE WILLIAMS, did unlawfully, knowingly and intentionally possess an amount of cocaine, a Schedule I controlled substance as defined by Title 21 United States Code, Section 812, in violation of Title 21, United States Code, Section 844(a).

ROBERT J. HIGDON, JR.
United States Attorney

By: _____
JASON T. SCHULTE
Special Assistant U.S. Attorney
Criminal Division