UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:17-mj-1213-FL

United States of America,
    Plaintiff,

v.                        NOTICE OF HEARING

Jennifer Lee Williams,
    Defendant.

TYPE OF CASE:    ___ Civil    _X_ Criminal    ___ 2255

TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

| DATE AND TIME: | TYPE OF PROCEEDING: |
|---|---|
| 12/13/2017 at 9:00AM | Initial Appearance |
| **LOCATION OF HEARING:** United States Courthouse<br>413 Middle Street<br>New Bern, North Carolina 28560<br><br>First Floor Hearing Room | |

PETER A. MOORE, JR.
Clerk of Court

_Jacquelin B. Shady_
Deputy Clerk

11/14/2017
Date

TO:
Jennifer Lee Williams (via U.S. Mail)
Jason T. Schulte (via CM/ECF Notice of Electronic Filing)