AO 86A (Rev. 01/09) Consent to Proceed Before a Magistrate Judge in a Misdemeanor Case

FILED IN OPEN COURT
ON 12-13-17 BC
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br><br>JENNIFER LEE WILLIAMS<br>*Defendant* | )<br>)<br>) Case No. 4:17-mj-1213<br>)<br>) |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty. The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

X *Jennifer Williams*
*Defendant's signature*

### Waiver of a Right to Trial by Jury

I waive my right to a jury trial.

X *Jennifer Williams*
*Defendant's signature*

The United States consents to the jury-trial waiver: _____
*Government representative's signature*

CAPTAIN SCHULTE, SAUSA
*Government representative's printed name and title*

### Waiver of a Right to Have 30 Days to Prepare for Trial

I waive my right to have 30 days to prepare for trial.

_____
*Defendant's signature*

_____  _____
*Printed name of defendant's attorney (if any)*  *Signature of defendant's attorney (if any)*

Date: 12/13/2017    Approved by: _____
*Magistrate Judge's signature*

Case 4:17-mj-01213-RJ  Document 8  Filed 12/13/17  Page 1 of 1