IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 4:17-MJ-1213-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| Jennifer Lee Williams | ) | |

    Jennifer Lee Williams appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the court at New Bern, North Carolina, on December 13, 2017, and entered a plea of guilty to Simple Possession of a Controlled Substance, in violation of 21 U.S.C. § 844(a). The court, with the express consent of the defendant, placed the defendant on probation for a period of 12 months pursuant to 18 U.S.C. § 3607, without entering a judgment of conviction.

    The court finds as a fact that Jennifer Lee Williams has complied with the terms of the probation order and no violations have occurred.

    The court, pursuant to 18 U.S.C. § 3607(a), hereby discharges the defendant from probation and dismisses those proceedings under which probation had been ordered.

    This the 14th day of December, 2018

 

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge